UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roy Mason,<br><br>                    Plaintiff,<br><br>v.<br><br>Tracy Van Phan, Inc, doing business as Ace Furniture; and DOES 1–10, inclusive,<br><br>                    Defendants. | Case No.: 18cv-98-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

    On January 16, 2018, Plaintiff Roy Mason initiated this action by filing a Complaint against Defendants. (ECF No. 1).

    On January 23, 2018, the Court granted (ECF No. 3) Plaintiff's motion (ECF No. 2) for leave to proceed in forma pauperis.

    On February 22, 2018, the U.S. Marshal filed Form USM-285 stating that Tracy Van Phan was personally served. (ECF No. 6).

    On May 15, 2018, the case was assigned to this Court.

    On December 10, 2018, the Court ordered the Plaintiff to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 8).

1    On December 11, 2018, the Plaintiff filed a Request for Entry of Clerk Default.
2  (ECF No. 9).
3    On December 12, 2018, the Clerk entered default.  (ECF No. 10).
4    On March 28, 2019, the Court ordered Plaintiff to show cause why this case should
5  not be dismissed pursuant to Local Rule 55.1.  (ECF No. 11 at 2).  The Court stated,
6  "Plaintiff shall respond to this order to show cause within thirty (30) days from the date
7  this Order is filed.  If Plaintiff does not respond, the Court will dismiss this case." *Id.*
8    The docket reflects that no action has been taken since that time.
9    IT IS HEREBY ORDERED that this action is DISMISSED without prejudice
10 pursuant to Local Rule 55.1.

Dated:  May 6, 2019

Hon. William Q. Hayes
United States District Court